# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:21-cv-00067-CJC-JDE      Date 5/7/2021

Title    SUZANNE NA PIER V. HEINZ INVESTMENTS, LLC, ET AL

---

Present: The Honorable CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

    The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [32], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

 

                                                            \_\_ : \_\_

Initials of Deputy Clerk: cw